# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 26, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139687

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v                                                    SC: 139687
                                                     COA: 290212
                                                     Wayne CC: 06-004980

JEFFREY RICHARD MOORE,
    Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the August 18, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2010

_____
Clerk

0222